1

**LAW OFFICES OF ARMAND SALESE, PLLC**
**Armand Salese**

2   145 S.  6th Avenue
Tucson, Arizona 85701

3   (520) 903-0825
as@saleselaw.com

4   PCCN 50468/AZBN 003002
Attorney for Defendants Medefile International, Inc.,

5      Medefile, Inc.  and The Vantage Group, Ltd.

6                IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8   CONSUMER PROTECTION          )       No.
CORPORATION, etc.,           )

9                                )       NOTICE OF REMOVAL OF
Plaintiff,          )       ACTION; VERIFICATION OF

10                               )       ARMAND SALESE
vs.                          )

11                               )       (Arizona Superior Court, County of
STOCK RX, etc., et al.,      )         Maricopa Cause No.  CV2008-021122)

12                               )
Defendant.          )

13   _____ )

14   TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX, ARIZONA

15
NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. §§1332, 1441, and

16
1446, Defendants Medefile International, Inc., Medefile, Inc., ("Defendants Medefile")

17
and The Vantage Group, Ltd. ("Defendant Vantage"), hereby remove the state court civil

18
action originally commenced in the Superior Court of the State of Arizona, County of

19
Maricopa, entitled *Consumer Protection Corporation, etc., v.  Stock RX, etc., et al.,* Cause

20
No.  CV2008-021122 ("State Court Action") to this Court.  In support of such removal,

21
Defendants Medefile and Defendant Vantage state as follows:

22
1.  The State Court Action was filed by Plaintiff Consumer Protection Corporation

23
in the Maricopa County Superior Court on or about September 3, 2008, as Cause No.

24
CV2008-021122.  True and correct copies of the process, pleadings, and orders served in

25
the State Court Action to date are attached hereto as Exhibit 1.

26
2.  On September 8, 2008, Defendant Medefile's statutory agent was served with

27
process in this action.  On September 11, 2008 Defendant Vantage's statutory agent was

28
served with process in this action.  Accordingly, this Notice of Removal is filed within

1  thirty (30) days after receipt by Defendants Medefile and Defendant Vantage of a copy of
2  the Complaint and is timely filed under 28 U.S.C. §1446(b).

3      3.  This Court has diversity jurisdiction pursuant to 26 U.S.C. §1332 because:  a)
4  Plaintiff Consumer Protection Corporation is an Arizona corporation; b) Defendant
5  Medefile International, Inc. is incorporated in the State of Nevada and has its principal
6  place of business in the State of New Jersey; c) Defendant Medefile, Inc.  was
7  incorporated in the State of Nevada and is no longer an active company; and d) Defendant
8  Vantage is incorporated in the State of Delaware and has its principal place of business in
9  the State of New York.

10     4.  Under 28 U.S.C. §§1446 and 1453, venue of this action is proper in the Court
11  as the district and division within which the State Court Action was brought.

12     5.  The factual allegations set forth in the Complaint establish that the amount in
13  controversy exceeds the minimum jurisdictional amount of $75,000.00, exclusive of
14  interest and cots, as provided under 28 U.S.C. §1332.

15     6.  A notification of filing of the Notice of Removal to District Court has been
16  filed in the Superior Court of Maricopa County in the State of Arizona.  Written Notice of
17  the filing of this Notice of Removal is being delivered to all parties through counsel of
18  record.

19     WHEREFORE, Defendants Medefile International, Inc., Medefile, Inc.  and The
20  Vantage Group, Ltd. request that the above-referenced action now pending in the
21  Superior Court of Maricopa County, State of Arizona, be removed to this Court.  As
22  required by 28 U.S.C. §1446(d) and Local Rule Civ.  3.7, Defendants Medefile
23  International, Inc.,   Medefile, Inc.  and The Vantage Group, Ltd. will promptly give
24  written notice to Plaintiff through its counsel of record.  Defendants Medefile
25  International, Inc., Medefile, Inc.  and The Vantage Group, Ltd. shall also file notice with
26  ///
27
28

-2-

1    the Clerk of the Maricopa County Superior Court.

2        DATED this 8th day of October, 2008.

3                        **LAW OFFICES OF ARMAND SALESE, PLLC**

4

5                        /S/ Armand Salese
                         **Armand Salese**
                         Attorney for Defendants Medefile International, Inc.,
6                        Medefile, Inc.  and The Vantage Group, Ltd.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    VERIFICATION OF ARMAND SALESE

2    I, Armand Salese, verify as follows:

3    1.  I am an active member in good standing of the State Bar of Arizona and am

4    self-employed, doing business as the Law Offices of Armand Salese, PLLC, counsel of

5    record for Defendants Medefile International, Inc., Medefile, Inc. and The Vantage

6    Group, LTD.  I have firsthand knowledge of the matters set forth herein.  I submit this

7    verification pursuant to Local Rule Civ.  3.7 and pursuant to Federal Rules of Civil

8    Procedure 11.

9    2.  Attached hereto as Exhibit 1 are true and complete copies of all pleadings and

10   other documents filed in the State Court civil action originally commenced in the Superior

11   Court of the State of Arizona in and for the County of Maricopa, entitled *Consumer*

12   *Protection Corporation, etc., v.  Stock RX, etc., et al.,* Cause No.  CV2008-021122.

13   I verify that the foregoing is true and correct.

14   Executed this 8th day of October, 2008 at Tucson, Arizona.

15   **LAW OFFICES OF ARMAND SALESE, PLLC**

16

17   /S/ Armand Salese
     **Armand Salese**
18   Attorney for Defendants  Medefile International, Inc.,
     Medefile, Inc.  and The Vantage Group, Ltd.

19

20

21

22

23

24

25

26

27

28

-4-

1

CERTIFICATE OF SERVICE

2

I hereby certify that on October 8, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

3

4

I further certify that on October 8, 2008, I served the attached document by U.S. mail on the following:

5

Peter Strojnik, Esq.
The Law Firm of Peter Strojnik
3030 N.  Central, Ste.  1401
Phoenix, AZ 85012

6

7

8

/S/Vicki Adams
Vicki Adams
Assistant to Armand Salese

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28