1  Jason S. Vanacour (#022738)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren
3  Phoenix, AZ 85004-2202
   Telephone: (602) 382-6369
4  Facsimile: (602) 382-6070
   jvanacour@swlaw.com
5  Attorney for Jane Doe Pasternack
   aka Alla Pasternack
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  IN AND FOR THE DISTRICT OF ARIZONA

10

11 | CONSUMER PROTECTION CORP.,  | No. CV-08-1853-PHX-ROS
12 |        Plaintiff,           | **MOTION TO DISMISS**
13 |                             |
   | vs.                         | **(oral argument requested)**
14 |                             |
15 | STOCK RX, e*t al.*          |
16 |        Defendants.          |

17

18    Defendant Alla Pasternack (a.k.a. "Jane Doe Pasternack" or "Ms. Pasternack"), by

19 and through undersigned counsel, respectfully moves this Court pursuant to Federal Rules

20 of Civil Procedure 12(b)(2) and 12(b)(6) to dismiss all of Plaintiff's claims against Ms.

21 Pasternack. As set forth in the accompanying Memorandum of Law and attached

22 Declaration in support of this Motion, which are hereby incorporated herein, this Court

23 lacks personal jurisdiction over Ms. Pasternack. In addition, Plaintiff's Complaint fails to

24 state a claim upon which relief can be granted because Plaintiff's complaint fails to meet

25 the pleading requirements established by Federal Rules of Civil Procedure 8(a).

26

27

28

1  Wherefore, Defendant Alla Pasternack respectfully requests that her Motion be
2  granted and that the Court dismiss all claims against Ms. Pasternack.
3  Defendant requests oral argument on this Motion.
4  DATED this 28 day of October, 2008.
5
6
7                                SNELL & WILMER L.L.P.
8
9                   By: s/ Jason S. Vanacour
10                     Jason S. Vanacour
                    One Arizona Center
11                     400 E. Van Buren
                    Phoenix, AZ  85004-2202
12                     Attorney for Defendant Jane Doe Pasternack aka
                     Alla Pasternack
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 28, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Armand Salese
Law Offices of Armand Salese, PLLC
145 S. 6th Avenue
Tucson, AZ 85701
as@saleselaw.com
Attorneys for Defendants
Medefile International, Inc.,
Medefile Inc. and
The Vantage Group, Ltd.

Peter Strojnik
Peter Strojnik PC
3030 N. Central Ave. Ste 1401
Phoenix, AZ 85012
strojnik@aol.com
Attorney for Plaintiff

s/Jason S. Vanacour
9220841.1