# Exhibit A

Jason S. Vanacour (#022738)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6369
Facsimile: (602) 382-6070
jvanacour@swlaw.com
Attorney for Jane Doe Pasternack
aka Alla Pasternack

FOR UNITED STATES DISTRICT COURT

THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> STOCK RX, et al. <br><br> Defendants. | No. CV-08-1853-PHX-ROS <br><br> **UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF ALLA PASTERNACK** |

**DECLARATION**

I, Alla Pasternack, hereby affirm that the following is true and correct:

1. I am over 18 years of age and could testify competently to the facts provided herein.

2. I am a citizen of the state of Pennsylvania. I live at 1028 North Spring Mill Road, Villanova, Pennsylvania 19085.

3. I do not live in Arizona, visit there regularly, conduct business in Arizona, pay taxes in Arizona, maintain bank accounts in Arizona, or own property in Arizona. To my knowledge, I have no personal or professional contacts with Arizona.

DC01/HIMOJ/357596.1

4. I am married to Adam Pasternack, one of the named defendants in this lawsuit. I have not in the past, nor do I currently work for or provide services to Adam Pasternack in a professional capacity.

5. I am not employed outside of the home. I have not in the past, nor do I currently own, operate, work for, or provide services to any of the companies or individuals named in this lawsuit.

6. I was not in the past, nor am I currently an owner, director, agent, or employee of any of the named corporate or individual defendants.

7. I was not involved in any way with the sending of the facsimile referenced in the Complaint or in the sending of any similar facsimiles. I do not have any knowledge of the circumstances surrounding the creation, transmission, or receipt of any facsimiles alleged to have been received by Plaintiff or by any other party in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2008

Alla Pasternack

DC01/HIMOJ/357596.1

- 2 -