1  Jason S. Vanacour (#022738)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren
3  Phoenix, AZ 85004-2202
   Telephone: (602) 382-6369
4  Facsimile: (602) 382-6070
   jvanacour@swlaw.com
5  Attorney for Defendants DigitalSpeed Communications,
   Inc., Innovative Communications, Inc., and
6  Adam and Jane Doe Pasternack

7
                    FOR UNITED STATES DISTRICT COURT
8
                       THE DISTRICT OF ARIZONA
9

10 | Consumer Protection Corporation, an | No. CV-08-1853-PHX-ROS
   | Arizona corporation,

11 |                     Plaintiff,         | **STIPULATION TO EXTEND TIME**
                                            | **FOR DEFENDANTS DIGITALSPEED**
12 | vs.                                    | **COMMUNICATIONS, INC.,**
                                            | **INNOVATIVE COMMUNICATIONS,**
13 |                                        | **INC., & PASTERNACK TO RESPOND**
                                            | **TO COMPLAINT**
14 | Stock RX, a fictitiously named
   | defendant whose true legal identify is |
15 | not known by Plaintiff; Medefile       | **(First Request)**
   | International, Inc., Medefile, Inc., a
16 | Nevada corporation; Vantage Group,
   | Ltd., a Delaware Corporation aka The
17 | Vantage Group, Ltd.; DigitalSpeed
   | Communications, Inc., a Pennsylvania
18 | Corporation; Innovative
   | Communications, Inc., a Pennsylvania
19 | Corporation; Adam Harris Pasternack
   | and Jane Doe Pasternack,
20
   |                     Defendants.
21
         In accordance with Rule 6(b) of the Federal Rules of Civil Procedure and LRCiv
22
   7.3(a), counsel for plaintiff and defendants DigitalSpeed Communications, Inc.,
23
   Innovative Communications, Inc., and Adam Pasternack (collectively "Defendants")
24
   hereby stipulate and respectfully request that the Court enter the proposed form of order
25
   attached hereto extending the deadline for Defendants to respond to the Complaint
26
   through and including December 3, 2008.  The parties are working together to move
27
   forward in an expeditious and cost-effective manner and are engaged in good faith
28

1   negotiations to resolve this matter without the need for litigation.  The requested extension

2   will permit the parties to conclude these efforts and will not affect any pending deadlines.

3        RESPECTFULLY SUBMITTED this 24th day of November, 2008.

4

5        SNELL & WILMER L.L.P.

6

7        By  s/Melissa M. Krueger for

8           Jason S. Vanacour
        One Arizona Center

9           400 E. Van Buren
        Phoenix, AZ  85004-2202

10          Attorney for Defendants DigitalSpeed
        Communications, Inc., Innovative Communications,

11          Inc., and Adam and Jane Doe Pasternack

12       PETER STROJNIK PC

13

14

15       By  s/Peter Strojnik with permission
        Peter Strojnik

16          3030 North Central Avenue
        Suite 1401

17          Phoenix, Arizona   85012
        Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2008, I electronically transmitted the foregoing to the Clerk of the Court's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

> Armand Salese
> Law Offices of Armand Salese PLLC
> 145 South 6th Avenue
> Tucson, Arizona   85701
> Attorneys for Defendants Medefile International, Inc. and Vantage Group, Ltd.

s/Melissa M. Krueger

9307034

- - 3 - -