Peter Strojnik, Esq. – Arizona State Bar No. 006464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STOCK RX, a fictiously named defendant whose true legal identity is not known by Plaintiff; MEDEFILE INTERNATIONAL, INC., a Nevada Corporation; MEDEFILE, INC., a Nevada Corporation; DIGITALSPEED COMMUNICATIONS, INC., a Pennsylvania Corporation *et al.*,<br><br>Defendants. | NO. cv-08-1853-PHX-ROS<br><br>**RULE 41(a) NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**(Innovative Communications, Inc.)** |

**TO THE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE Plaintiff hereby voluntarily dismisses Defendant Innovative Communications, Inc. from the above-entitled action. This dismissal shall be without prejudice.

-2-

1 | RESPECTFULLY SUBMITTED this 1st day of January, 2009.

**THE LAW FIRM OF PETER STROJNIK**

*/s/ Peter Strojnik*

By: Peter Strojnik
Attorney for the Plaintiff