**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Strojnik AZBN 006464
strojnik@aol.com
Attorney for Plaintiffs

### IN THE DISTRICT COURT OF THE UNITED STATES

### DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STOCK RX et al.,<br><br>Defendants. | NO. 2:08-cv-1853-PHX-ROS<br><br>**RULE 41 NOTICE OF DISMISSAL**<br><br>**(Digitalspeed Communications, Inc.)**<br><br>**(Adam Pasternack)**<br><br>**(Jane Doe (Alla) Pasternack)** |

NOTICE IS HEREBY GIVEN that Plaintiff Consumer Protection Corporation dismisses without prejudice the following parties in the above captioned matter: (1) Digitalspeed Communications, Inc.; (2) Adam Pasternack; and, (3) Jane Doe (Alla) Pasternack.

RESPECTFULLY SUBMITTED this 11th Day of March, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
By: Peter Strojnik
Attorney for Plaintiffs

Copy Electronically Submitted this
11th Day of March, 2009 to:

Steven A. Augustino, Esq.
Attorney for Digitalspeed, Pasternack
*saugustino@kelleydrye.com*