IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Consumer Protection Corporation, an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Stock RX et al.,<br><br>    Defendants. | No. CIV08-1853-PHX-ROS<br><br>**ORDER TO SHOW CAUSE** |

**IT IS ORDERED** that **Plaintiff** shall APPEAR in person before the Court at **2:00 P.M. on March 27, 2009** to show good cause why:

\_\_X\_\_\_ this case should not be dismissed pursuant to Fed.R.Civ.P. 4(m) with respect to any and all Defendants that have not yet been served in accordance with the provision of Rule 4 of the Federal Rules of Civil Procedure.

\_\_\_\_\_ this case should not be dismissed pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute.

\_\_\_\_\_ this case should not be dismissed or default entered pursuant to Fed.R.Civ.P. 41(b) for failure to comply with the Rules and/or the Orders of this Court.

\_\_\_\_\_ this case should not be dismissed for lack of prosecution pursuant to Rule 2.6 of the Rules of Practice of the United States District Court for the District of Arizona.

\_\_\_\_\_ this case should not be dismissed or default entered and other sanctions, including attorney's fees, imposed pursuant to Rule 37(b) and/or the inherent power of the Court.

1    \_\_\_\_\_ _____ should not be cited for contempt of court for _____.

2    IT IS FURTHER ORDERED that the Clerk of the Court shall send copies of this

3    Order to all counsel of record.

5    DATED this 19th day of March, 2009.

_____
Roslyn O. Silver
United States District Judge