**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
**3030 North Central Avenue**
**Phoenix, Arizona 85012**
**(602) 297-3019**

Peter Strojnik AZBN 006464
strojnik@aol.com
Attorney for Plaintiffs

## IN THE DISTRICT COURT OF THE UNITED STATES

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation, | ) ) ) | NO.  2:08-cv-1853-PHX-ROS |
| Plaintiffs, | ) ) | **NOTICE OF DISMISSAL** |
| vs. | ) ) ) | |
| STOCK RX et al., | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

NOTICE IS HEREBY GIVEN that Plaintiff Consumer Protection Corporation dismisses Defendant Stock RX in the above matter.

RESPECTFULLY SUBMITTED 26th Day of March, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
By: Peter Strojnik
Attorney for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25