**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Strojnik AZBN 006464
strojnik@aol.com
Attorney for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STOCK RX et al.,<br><br>Defendants. | NO. 2:08-cv-1853-PHX-ROS<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Consumer Protection Corporation in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure. Plaintiff declares it has no parent corporation, and no publicly held corporation owns 10% or more of Plaintiff's stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 8th Day of April, 2009.

THE LAW FIRM OF PETER STROJNIK

*/s/ Peter Strojnik*

By: Peter Strojnik
Attorney for Plaintiff

-1-