IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Consumer Protection Corporation, an Arizona corporation, ) ) ) ) Plaintiff, ) ) vs. ) ) ) Stock RX, et al., ) ) Defendants. ) ) ) | No. CV08-1853-PHX-ROS<br><br>**ORDER** |

**ORDER** - The Electronic Case Filing Administrative Policies and Procedures Manual promulgated in accordance with Local Rule 5.5 sets forth the requirements for proposed orders: "[F]ollowing the filing of the motion or stipulation, a proposed order in WordPerfect or MS Word format and pdf version of the motion or stipulation must be sent to the court in a separate, non-ECF generated e-mail message addressed to the appropriate chambers." Manual(II)(G)(1)(a). Counsel did not comply in their "Rule 15 Motion to . . ." (Doc.44) with these requirements. Therefore, the motion is **DENIED.**

**IT IS FURTHER ORDERED** Counsel may refile their Motion within 24 business hours for renewed consideration.

DATED this 3rd day of September, 2009.

_____
Roslyn O. Silver
United States District Judge