**THE STROJNIK FIRM LLC**
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff Consumer Protection Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation,      ) ) ) ) | NO.  2:08-cv-1853-PHX-ROS |
| Plaintiff,  ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs.  ) ) | |
| STOCK RX et al.  ) ) ) | |
| Defendants.  ) | |

NOTICE IS HEREBY GIVEN that Plaintiff Consumer Protection Corporation hereby dismisses <u>all</u> remaining Defendants as to <u>all</u> counts in this action with prejudice.

DATED this 20th Day of May, 2010.

THE STROJNIK FIRM LLC

Peter Kristofer Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25